# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CLAL INSURANCE COMPANY LTD., et al.,** | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civ. No. 19-530 |
| | : | |
| **TEVA PHARMACEUTICAL INDUSTRIES LTD., et al.,** | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 4th day of April, 2019, upon consideration of the Parties' Stipulation to the transfer of this matter to the District of Connecticut (Doc. No. 25), it is hereby **ORDERED** that the Parties' Stipulation (Doc. No. 25) is **APPROVED and ADOPTED**. See 28 U.S.C. § 1404(a); E.E.O.C. v. Univ. of Pa., 850 F.2d 969, 971 (3d Cir. 1988). The **CLERK OF COURT** shall **TRANSFER** this case to the United States District Court of Connecticut, and shall **CLOSE** this case.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.